WR No. 20,644-____

Ex parte

Paul Larson

Cause Nos. 449008-C, 449008-D, 465007-C, & 465007-D

WR 20,644-04, WR 20,644-05, WR 20,644-06, WR 20,644-07, & WR 20644-08

In The Texas Court

Criminal Appeals

Austin, Texas

## BILL OF REVIEW

COMES NOW, Paul Larson, Petitioner (hereafter Larson), bringing before this Honorable Court Larson's Bill Of Review; and, in support thereof, will show:

## JURISDICTION

A Bill of Review is a:

"[p]roceeding in equity brought for purpose of reversing or correcting prior judgment of … court after judgment has become final. *Rogers v. Searle*, Tex.Civ.App., 533 S.W.2d 433, 437. It is in the nature of a writ of error. A "bill of review," or a bill in the nature of a bill of review, are of three classes; those for error appearing on the face of the record, those for newly discovered evidence, and those "for fraud impeaching the original transaction. Such bills are peculiar to courts of equity." Black's Law Dictionary, Fifth Edition, page 151.

Larson brings this Action based on "error appearing on the face of the record" and/or "for fraud impeaching the original transaction." If the entire record of Cause Numbers 449008-C, 449008-D , 465007-C, and 465007-D had been brought before this Honorable Court {due to the restraints on Larson's abilities to copy and/or purchase copies of the District Clerk's files, Larson has no knowledge of what records were forwarded to this Honorable Court), then the fact a subsequent Court Order filed with this Honorable Court from the 263rd District Court, after Larson filed for Mandamus Action, neither referred to nor negated an earlier Order in

these Causes which stipulated that there were unresolved issues which were to be decided by the Court, requiring further Findings of Facts and Conclusions of Law (copies attached), then error does appear on the face of the record. However, if, in fact, this allegation (of Fact) is not evident from the face of the Records received from the Harris County District Clerk's Office in these Cause Numbers, the extrinsic fraud has been perpetrated upon the Petitioner and this Honorable court "impeaching the original transaction," i.e., the denial of Larson's Application For Writ Of Habeas Corpus and/or Writ Of Mandamus.

## PRAYER FOR RELIEF

Larson PRAYS this Honorable Court GRANT Larson's Bill Of Review, Review the entire Habeas Record, Ordering—if necessary—the Harris County District Clerk's Office to provide both the Honorable Court and the Petitioner the Complete Habeas Corpus Files in the above and Foregoing Trial Court Cause Numbers and, thereafter, GRANTING the Relief origingally PRAYED for in Larson's Applications For Writ Of Habeas Corpus; for thus Doth Petitioner PRAY.



MORGAN SKY FUGATE
My Commission Expires
March 7, 2018

PAUL LARSON, Petitioner Pro Se
9 Bucan Street, #l
Houston, Texas 77076-2451

### OATH

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, on this 26 day of January, 2015

My Commission Expires:

NOTARY PUBLIC

March 7, 2018

Cause No. WR. 20,644-0__

Ex parte

Paul Larson

In The Texas Court

of Criminal Appeals

Austin, Texas

Trial Court Cause Nos. 449008-C, 449008-D, 465007-C, & 465007-D7

Court Of Criminal Appeals Cause Nos.:

WR 20,644-04, WR 20,644-05, WR 20,644-06, WR 20,644-07, and WR 20,644-08

## CERTIFICATE OF SERVICE

Service has been accomplished by mailing a true and correct copy of the foregoing instrument (Bill of Review) to the following address: Honorable Linda Garcia, Assistant District Attorney; 1201 Franklin St., suite 600; Houston, Texas 77002, on this, the 28th day of JAN, 2015.

Signed On This The 28 day of JAN, 2015.

Respectfully Submitted,

Paul Larson

Pro Se Petitioner

t

Cause No. 449008-C

| EX PARTE | § | IN THE 263RD DISTRICT COURT |
| | § | OF |
| PAUL ALLAN LARSON,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's petition for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding: whether the applicant is being illegally confined pursuant to a parole warrant and whether the parole board has unlawfully imposed conditions on his mandatory release.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the
State's Proposed Order Designating Issues.**

SIGNED on the _____ day of _____ OCT 1 8 2012 _____, 2012.

_____
PRESIDING JUDGE

**FILED**
Chris Daniel
District Clerk

OCT 0 9 2012

Time: _____
By _____

**F I L E D**
Chris Daniel
District Clerk

AUG 1 2 2013

Cause No. 449008-D

EX PARTE                                    §          IN THE 263RD DISTRICT COURT

                                            §          OF

PAUL ALLAN LARSON,
Applicant                                   §          HARRIS COUNTY, TEXAS

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's petition for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding: whether the applicant is being illegally denied credit for time spent on supervised release and whether the parole board has unlawfully revoked his supervised release.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the
State's Proposed Order Designating Issues.**

SIGNED on the _____ day of _____AUG 1 1 2013_____, 2013.

_____
PRESIDING JUDGE

Cause No. 465007-C

| | | |
|---|---|---|
| EX PARTE | § | IN THE 263RD DISTRICT COURT |
| | § | OF |
| PAUL ALLAN LARSON,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's petition for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding: whether the applicant is being illegally confined pursuant to a parole warrant and whether the parole board has unlawfully imposed conditions on his mandatory release.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the
State's Proposed Order Designating Issues.**

SIGNED on the _____ day of ___OCT 1 8 2012___, 2012.

_____
PRESIDING JUDGE

**FILED**
Chris Daniel
District Clerk

OCT 0 9 2012

Time: _____
By _____



Cause No. 465007-D

EX PARTE

§     IN THE 263RD DISTRICT COURT

§     OF

PAUL ALLAN LARSON,
Applicant

§     HARRIS COUNTY, TEXAS

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's petition for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding: whether the applicant is being illegally denied credit for time spent on supervised release and whether the parole board has unlawfully revoked his supervised release.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the
State's Proposed Order Designating Issues.**

SIGNED on the _____ day of _____ **AUG 1 4 2013** _____, 2013.

_____
PRESIDING JUDGE

# Your New Benefit Amount

BENEFICIARY'S NAME: PAUL A LARSON

Your Social Security benefits will increase by 1.7 percent in 2015 because of a rise in the cost of living. **You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.** Keep this letter with your important financial records.

### How Much Will I Get And When?
- Your monthly amount (before deductions) is          $1,409.00
- The amount we deduct for Medicare medical insurance is      $0.00
  (If you did not have Medicare as of Nov. 20, 2014,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is    $0.00
  (If you did not elect withholding as of Nov. 1, 2014, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is     $0.00
  (If you did not elect voluntary tax withholding as of
  Nov. 20, 2014, we show $0.00.)
- After we take any other deductions, you will receive        $1,309.00
  **on or about Jan. 2, 2015.**

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org*.

### What If I Have Questions?
Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States and need assistance of any kind, you can visit your local office.

8989 LAKES AT 610 DR
HOUSTON TX

SOCIAL SECURITY ADMINISTRATION
GREAT LAKES PROGRAM SERVICE CENTER
600 WEST MADISON ST
CHICAGO IL 60661-2474
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

C
M05
1

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO.G-11

PAUL A LARSON
PO BOX 524001
HOUSTON TX 77052-4001



Open a *my Social Security* account
SocialSecurity.gov

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2014
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| PAUL A LARSON | 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 |

| Box 3. Benefits Paid in 2014 | Box 4. Benefits Repaid to SSA in 2014 | Box 5. Net Benefits for 2014 *(Box 3 minus Box 4)* |
|---|---|---|
| $16,620.00 | $700.00 | $15,920.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 | |
|---|---|---|---|
| Paid by check or direct deposit | $15,920.00 | Deductions for work or other adjustments | $700.00 |
| Deductions for work or other adjustments | $700.00 | Benefits repaid to SSA in 2014 | $700.00 |
| Total Additions | $16,620.00 | | |
| Benefits for 2014 | $16,620.00 | | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

PAUL A LARSON
PO BOX 524001
HOUSTON TX 77052-4001

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

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A

Form **SSA-1099-SM** (1-2015)     **DO NOT RETURN THIS FORM TO SSA OR IRS**